### In re HARTMAN.

(District Court, N. D. Iowa, C. D. October 2, 1899.)

**1. BANKRUPTCY—DISCHARGE FROM PARTNERSHIP DEBTS—PRACTICE.**

Where one member of a partnership files his petition in bankruptcy, with the object of obtaining a discharge from debts of the firm as well as his individual debts, the petition should set forth the names of the partners, and pray for a discharge from partnership debts; the schedules should list both the petitioner's individual property and debts, and the property and debts of the firm; notices to creditors should inform them that firm creditors are affected, and that the bankrupt seeks a discharge from their debts; and notice of the filing of the petition and of creditors' meetings should be sent to the partners who have not joined.

**2. SAME—AMENDMENT OF PETITION.**

If the petition and schedule as originally filed do not conform to these requirements, they should be amended. If an adjudication has already been made, it may be set aside, and leave granted to the petitioner to amend; and thereupon an adjudication should be again entered, and the case proceeded with de novo.

In Bankruptcy. On bankrupt's application for discharge, and referee's record of proceedings thereon.

E. P. Hudson, for bankrupt.

SHIRAS, District Judge. The record shows that Hartman owes debts as an individual, as well as a member of the firm of McClintock & Hartman. The amended petition shows that Hartman is seeking a discharge from both firm and individual debts. The proper mode of procedure in this class of cases is set forth in opinion filed in Laughlin's Case, 96 Fed. 589, which see. The notices to creditors do not inform them that Hartman is seeking a discharge from firm debts,

96 F.—38

nor are there attached to the petition schedules of the firm property. Record is returned to referee, with instructions to call attention of attorney to the matter. If a discharge is now granted, it will bar individual debts, but would not bar firm debts. The proper course would be to set aside adjudication and all proceedings since had thereon. The schedules to petition should be amended. Then enter adjudication showing that it is based on a petition asking relief against debts of firm of McClintock & Hartman. Notice to creditors of first meeting and of petition for discharge must notify them that Hartman asks relief against firm as well as individual debts.